IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BRADLEY PATTON,<br>    Plaintiff(s)<br><br>v.<br><br>MIKE FITZHUGH, et al.,<br>    Defendant(s) | Case No. 3:23-cv-00637<br>Judge Campbell /Frensley |

**O R D E R**

    I hereby RECUSE myself in the above-styled action. Accordingly, the Clerk is DIRECTED to reassign this matter to another Magistrate Judge for all future case management, including resolution of pending matters. All conferences scheduled before the undersigned are CANCELLED, but all other previously imposed deadlines remain in full force and effect unless otherwise modified by the Court.

    IT IS SO ORDERED.

_____
JEFFERY S. FRENSLEY
United States Magistrate Judge