# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | | |
|---|---|---|
| BRADLEY PATTON, on behalf of himself and others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | |
| MIKE FITZHUGH, in his official capacity as Sheriff of Rutherford County, Tennessee; | ) ) ) ) | No. 3:23-cv-00637 |
| MELISSA HARRELL, in her official capacity as Clerk of the Rutherford County Circuit and General Sessions Courts; | ) ) ) ) ) | Judge Campbell Magistrate Judge Holmes |
| JAMES TURNER, in his official capacity as Circuit Judge for the Sixteenth Judicial District; | ) ) ) ) | |
| BARRY TIDWELL, in his official capacity as Circuit Judge for the Sixteenth Judicial District; and | ) ) ) ) | |
| HOWARD WILSON, in his official capacity as Circuit Judge for the Sixteenth Judicial District, | ) ) ) ) | |
| Defendants. | ) | |

## JOINT MOTION TO STAY DISCOVERY AND DISCLOSURES

COME NOW the Plaintiff and the Defendants, by and through counsel, and file this Joint Motion to Stay Discovery and Disclosures, and jointly move the Court for entry of an Order staying all discovery, including the exchanging of initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1), pending resolution of the Defendants' respective Motions to Dismiss.

1

As grounds for the entry of a stay on discovery and disclosures in this matter, the parties would state unto the Court that Defendants have raised the defenses of sovereign immunity and lack of standing. Both are threshold issues. *See Pearson v. Callahan*, 555 U.S. 223, 231-32 (2009) (as to immunity); *Lujan v. Defs. of Wildlife*, 504 U.S. 555, 569 (1992) (as to standing). Discovery and disclosures should be stayed pending the outcome of these threshold issues. *See, e.g.*, *Anderson v. Creighton*, 483 U.S. 635, 646 n.6 (1986).

The parties rely upon the Memorandum of Law jointly and contemporaneously filed in support herewith.

**WHEREFORE, PREMISES CONSIDERED**, the parties jointly move the Court for entry of a stay in this matter that stays all discovery, including the exchanging of initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1), pending resolution of the Defendants' respective Motions to Dismiss.

**Respectfully submitted,**

**HUDSON, REED & CHRISTIANSEN, PLLC**

By: **/s/ Nick C. Christiansen**
    **NICK C. CHRISTIANSEN, #30103**
    **LAWS M. BOULDIN, #40394**
    16 Public Square North
    P.O. Box 884
    Murfreesboro, TN 37133
    (615) 893-5522
    nchristiansen@mborolaw.com
    mbouldin@mborolaw.com
    *Attorneys for County Defendants*

**By: /s/ Mary Elizabeth McCullohs (signed with permission by NCC)**
    **MARY ELIZABETH MCCULLOHS, #26467**
    **ERIC W. DONICA, #38506**
    Assistant Attorney General
    Office of the Attorney General
    P.O. Box 20207
    Nashville, TN 37202-0207
    (615) 741-8126
    mary.mccullohs@ag.tn.gov
    eric.donica@ag.tn.gov
    *Attorneys for Defendants James Turner, Barry Tidwell, and Howard Wilson*


**By: /s/ Drew Justice (signed with permission by NCC)**
    **DREW JUSTICE, #29247**
    1902 Cypress Drive
    Murfreesboro, TN 37130
    (615) 419-4994
    drew@justicelawoffice.com
    *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document was sent to the following via the District Court's electronic filing system and/or U.S. Mail, postage prepaid, to:

Drew Justice
1902 Cypress Drive
Murfreesboro, TN 37130
drew@justicelawoffice.com

Mary Elizabeth McCullohs
Eric W. Donica
Assistant Attorney General
Office of the Attorney General
P.O. Box 20207
Nashville, TN 37202-0207
(615) 741-8126
mary.mccullohs@ag.tn.gov
eric.donica@ag.tn.gov

this 13th day of November, 2023.

/s/ Nick C. Christiansen
**NICK C. CHRISTIANSEN**