# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### AT NASHVILLE

BRADLEY PATTON on behalf of himself    )
and others similarly situated    )
   )    **Case No. 3:23-cv-00637**
**v.**    )    **Judge Campbell**
   )    **Magistrate Judge Holmes**
MIKE FITZHUGH in his official capacity *et al.*    )

## O R D E R

Pending before the Court is the parties' joint motion to stay discovery and disclosures pending resolution of Defendants' respective motions to dismiss. (Docket No. 26.) The motion is GRANTED IN PART as follows. To allow time for disposition of the pending motions to dismiss, discovery and all disclosures are stayed until February 22, 2024, when another case management conference is set, unless otherwise provided for by a later order.[1]

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge

---

[1] As counsel were advised during the initial case management conference on November 16, 2023, this stay is not necessarily tied to disposition of the pending motions to dismiss and the parties may be required to proceed with at least some discovery notwithstanding the pendency of the motions.