BRADLEY PATTON, *on behalf of himself
and other similarly situated*,

    Plaintiff

v.

MIKE FITZHUGH, et al.,

    Defendants

**3:23-cv-637**

District Judge Campbell
Magistrate Judge Holmes

---

### PLAINTIFF'S RESPONSE TO MOTION TO STAY DISCOVERY

---

The Plaintiff did tell the Defendants that he opposed the stay of discovery. That was based on the previous disputes about class certification and standing, as well as the need to get discovery to certify a class. However, upon further reflection, and especially based on the recent Scheduling Order that builds in some additional time to certify a class if the case survives a renewed Rule 12 motion, the Plaintiff does not oppose the stay anymore.

        Respectfully submitted,

        /s/  Drew Justice
        Drew Justice #29247
        Attorney for the Plaintiff(s)
        1902 Cypress Drive
        Murfreesboro, TN 37130
        (615) 419-4994
        drew@justicelawofifce.com

## Certificate of Service

The undersigned lawyer certifies that this March 11, 2026, he has delivered this filing via ECF to Eric Danica, P.O. Box 20207, Nashville, TN 37202 <eric.danica@ag.tn.gov>; and Nicholas Christiansen, 16 Public Square North, Murfreesboro, TN 37130 <nchristiansen@mborolaw.com>.

/s/ Drew Justice
Drew Justice #29247

2