# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### AT NASHVILLE

| | | |
|---|---|---|
| **BRADLEY PATTON** *on behalf of himself and* | ) | |
| *others similarly situated* | ) | **Case No. 3:23-cv-00637** |
| | ) | **Chief Judge Campbell** |
| **v.** | ) | **Magistrate Judge Holmes** |
| | ) | |
| **MIKE FITZHUGH** *et al.* | ) | |

## O R D E R

Pending before the Court is a motion to stay discovery filed jointly by Defendants Mike Fitzhugh, Melissa Harrell, James Turner, Barry Tidwell, and Howard Wilson. (Docket No. 75.) Defendants ask the Court to stay discovery pending resolution of "jurisdictional and merits-based defenses" that were previously raised and that Defendants intend to raise in forthcoming motions. Plaintiff Bradley Patton initially opposed the requested stay, but has filed a response indicating that he no longer opposes the motion. (Docket No. 79.) Accordingly, the motion (Docket No. 75) is **GRANTED**, subject to further order.[1]

Although the Court will grant Defendants' request to stay discovery until Defendants' "jurisdictional and merits-based defenses" are resolved, the Court cautions the parties that a prolonged stay of this matter may result in the compression of discovery and other case management deadlines upon the lifting of the stay. Additionally, the stay is expressly subject to periodic review of this case and lifting of the stay upon determination that case management must

---

[1] The Court recognizes that the time under Local Rule 7.01(a)(4) for Defendants to reply to their motion has not yet expired. Nevertheless, the Court elects to exercise its authority under Local Rule 7.01(b) to rule on the motion prior to the time allowed for replies.

resume for this case to proceed either to trial or other resolution. The stay may also be lifted upon

motion of the parties or by the Court based on further developments in this case.

It is SO ORDERED.

BARBARA D. HOLMES
United States Magistrate Judge

2